UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICKY WINSTON,

    Plaintiff,

v.   Case No.  6:11-cv-536--Orl-36TBS

CITY OF OAK HILL,

    Defendant.

_____

ORDER

Pending before the Court is Defendant City of Oak Hill's Second Unopposed Motion for Enlargement of Time for Mediation Deadline and Request for Expedited Ruling.  (Doc. 22).  Defendant seeks an enlargement of time from July 31 to August 20, 2012 to mediate this controversy.  Counsel for Defendant has certified that Plaintiff does not object to the relief requested in the motion.

Upon due consideration, the motion is GRANTED.  The parties shall mediate this case on or before August 20, 2012.  This Order does not change any other deadlines previously set by the Court in this case.

IT IS SO ORDERED.

DONE AND ORDERED at Orlando, Florida on July 13, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel